# EXHIBIT 4

*VITA*

*EDWARD STEVEN SCZECHOWICZ, JR.*
*Clinical Psychologist*

8750 S.W. 132nd Street	(305) 251-3464
Miami, Florida 33176	251-3244 F

### Education

| | |
|---|---|
| University of Miami<br>1982 | Ph.D. (Clinical Psychology)<br>APA Accredited Program |
| Philadelphia State Hospital<br>1979-1980 | Clinical Internship<br>APA Accredited Internship |
| University of Miami<br>1979 | MS (Clinical Psychology) |
| Villanova University<br>1976 | BA (Psychology), **cum laude** |

### Licensure/Certification

State of Florida - Licensed Psychologist - PY0003369
List of Approved Forensic Expert Witnesses, 11th Judicial Circuit,
   Dade County, Florida

### Clinical Training

Residency-South Florida State Hospital - 1982-1984
Traineeship - South Florida State Hospital - 1980-1982
Internship - Philadelphia State Hospital/Benjamin Rush Community
   Mental Health Center - 1979-1980
Fellowship - Mailman Center for Child Development - 1977-1979

Practica at University of Miami Guidance Center, Family and Children Achievement Center, Highland Park General Hospital, Open Door Crisis Intervention Center

## *Positions Held*

President, Alliance For Psychological Services - 1989 to Present
Board of Directors - Kidside, Inc., - 2008 to Present
Interim Clinical Director - New Hope - 2011-2012
Vice-President, Board Of Directors - New Hope - 1993-2001
Board of Directors - New Hope - 2004-2011
Clinical Director, South Florida Sexual Addictions and Disorders Treatment Center - 1989-Present
Member, The Florida Bar Commission On The Legal Needs Of Children - 1999-2002
Member, The Florida Bar Committee On The Legal Needs Of Children - 2002-2005
Director of Operational Services, Doctors Family Care - 1989
Member, TROY mental health sub-committee - 1991-1992
Consultant, Staff Psychologist, AGAPE Women's Home - 1988-1993
Director, South Florida Adolescent Sexual Abuse Program - 1984-Present
Consultant, The South Florida AVERT Program (Alternatives to Violence through Education, Rehabilitation and Treatment) 1985-1989
Clinical Psychologist, A & A Professional Counseling Associates 1982-1989
Member, Dade County Sexual Abuse Task Force, 1985-1998
Consultant, Advocate Program - 1985-1987
Advisory Council, The Elaine Gordon Treatment Center - 1985-1987, 2001
Clinical Director, The Elaine Gordon Treatment Center - 1984-1985
Consultant, Police Project, Mental Health Association of Dade County, Inc. - 1984-1985
Clinical Psychologist, Sexual Abuse Treatment Outpatient Program 1982-1989
Psychologist, Program Director, PREP/PROE Centers, South

Page 2

Florida State Hospital - 1983-1984
Staff Psychologist, Vulnerable Unit, South Florida State Hospital - 1982-1983
Program Clinical Psychologist, Geraldine Boozer Rehabilitation Program, South Florida State Hospital - 1980-1982
Consultant, Self-employed - 1977-1979

## *Research*

"Effect of Instructional Set on Bender Recall Performance of Learning Disabled and Normal Children," Journal of Personality Assessment, 44, 465-469, 1980.

Anger Control Among Rapists, Doctoral Dissertation, University of Miami, 1982.

## *Professional Organizations and Honoraries*

Association for the Advancement of Psychology
American Psychological Association
The American College of Forensic Examiners
Pennsylvania Higher Education Assistance Agency Grant
Phi Kappa Phi Honor Society
Undergraduate Advisor to the Faculty, appointment, Villanova University, 1975-1976
University of Miami Commendation for Outstanding Academic Excellence, Clinical Psychology Graduate Faculty - 1977
Graduate Clinical Psychology Fellowship, University of Miami, 1977-1979
Teaching Assistantship, University of Miami - 1977

## *Past Memberships*

Florida Association for Behavior Analysis

Association of Family and Conciliation Courts
American Orthopsychiatric Association
Adolescent Perpetrators Network
Female Sexual Abuse Treatment Providers Network
Florida Psychological Association
Dade County Psychological Association

### *Seminars, Media Appearances, Lectures*

Media appearances, and, interviews have included numerous local and national radio, television, newspaper, and magazines including CNN, Cosmopolitan, Reader's Digest and Geraldo. Seminars, lectures, and workshops number over 100, including lectures nationally and internationally.