# EXHIBIT 5

# South Florida Sexual Addictions And Disorders Treatment Center

## *PSYCHOSEXUAL EVALUATION*

### Re: *Eric Leon Gauthier*
### Case #: *14-14066-CR-MARTINEZ*

Eric Leon Gauthier was evaluated at the Federal Detention Center Miami on March 20, 2015 pursuant to a request from his attorney, Neil G. Taylor. The evaluation consisted of a clinical interview, mental status exam, sexual history, and administration of the Static-99R and the Stable-2007. Information was available to me from the following documents: Unopposed Motion for Transfer of Defendant to Federal Detention Center and Request for Evaluation by Licensed Forensic Psychologist, Order to Transport Defendant to Facilitate Psychological Evaluation, Indictment, Criminal Complaint, Redacted Affidavit of Brian K. Broughton Task Force Officer of Federal Bureau of Investigations and a National Criminal Information Center Criminal History. The purpose of the evaluation and limits of confidentiality were explained to Mr. Gauthier.

RELEVANT BACKGROUND INFORMATION: Mr. Gauthier provided the following information in response to questions concerning his personal and family background. To the extent that any legal decisions might relate to this background and history, it is recommended that independent information be obtained. There can be no assurance that the information provided by Mr. Gauthier is necessarily accurate or reliable.

Eric Leon Gauthier was born on May 5, 1961 in Long Beach, California. At the age of 1 he moved to Massachusetts and during his childhood lived in a number of different locations, including two locations in New York State and two locations in Florida. Mr. Gauthier reported his frequent moves were caused by his father's

*Treatment for adults displaying inappropriate sexual behaviors*

**MAIN OFFICE**
8750 S.W. 132nd Street
Miami, Florida 33176

**HIALEAH**
8051 West 24th Avenue • Bay 9
Hialeah, Florida 33016

Phone (305) 251-3464   Fax (305) 251-3244
apsbboss@aol.com

Re:   Eric L. Gauthier    Page 2    March 29, 2015

employment as a journeyman electrician. As an adult Mr. Gauthier lived in Jupiter, Florida, until the age of 47 at which time he moved to Jensen Beach, having resided there since that time. Mr. Gauthier reported when his mother discovered she was pregnant with Mr. Gauthier, his father left and there has been no contact with him since that time. While his mother was pregnant she and another individual began residing together. Mr. Gauthier noted this individual is listed as Mr. Gauthier's father on his birth certificate and he has always regarded him as his father. Mr. Gauthier characterized his mother in positive terms, stating she was a stay at home mother who was "Very loving." Mr. Gauthier's mother died approximately two years ago. He described his father as being a "Very outgoing, comedic individual who was the life of the party." However, he did note his father was a "strict disciplinarian." Mr. Gauthier denied being a behavior problem as a child and stated there was only one incident of corporal punishment, when he was spanked. Usually he was disciplined through his father's mannerisms and tone of voice. Mr. Gauthier has two younger brothers. When asked to describe his home atmosphere growing up, Mr. Gauthier noted it was "normal" for the era in which he grew up. His parents were "very loving." Although he believes his mother was a "great mother," she was "not a great wife" because she was introverted. He noted the family typically ate together and both parents and children had numerous friends who socialized at their home.

Mr. Gauthier has been married once. He denied a history of prior relationships. Mr. Gauthier was married at the age of 39 to his wife who was 26 at the time. Mr. Gauthier noted his wife is from Honduras. He described her as being "The most wonderful, loving, outgoing woman on the planet." He further stated "She has incredible maternal instincts." Mr. Gauthier stated he and his wife argue infrequently and there has been no history of domestic violence in their relationship. Mr. Gauthier has a 10 year old son from their marriage whom he described as being a "quiet and typical boy." Mr. Gauthier has a stepdaughter who is 15 years of age. He described her as being a "typical female teenager," who is "well liked." Mr. Gauthier noted he has a very good relationship with her. He indicated his stepdaughter's natural father was minimally involved with her.

Mr. Gauthier has a high school diploma. He attended Palm Beach Junior College, although not receiving a degree. He has never been in the military. For the past thirty

Re:   Eric L. Gauthier               Page 3                    March 29, 2015

years Mr. Gauthier has been self-employed doing "canvas and upholstery." Mr. Gauthier noted although at times he will construct furniture, most of his business involves working on boats.

PHYSICAL HEALTH: Mr. Gauthier stated his physical health is "mediocre at best." He described himself as being an "obese diabetic with high blood pressure." He reported being hospitalized two years ago to have his gall bladder removed and as a child to have a cyst removed from his leg. Mr. Gauthier denied any other history of hospitalizations and denied any history of serious accidents, illnesses, or injuries. In addition to the above health problems, Mr. Gauthier noted he has problems with his back. At the time of the evaluation Mr. Gauthier was receiving Metformin, Lisinopril and aspirin.

PRIOR PSYCHOLOGICAL TREATMENT: None reported.

SUBSTANCE ABUSE: Mr. Gauthier stated he uses alcohol very infrequently. He denied ever using drugs and denied ever having a substance abuse problem.

PRIOR ARRESTS: Mr. Gauthier stated he was convicted of an Attempted Burglary in 2002 and reported he was arrested in 1998 for what he believes was a charge of providing alcohol to minors. In actuality, Mr. Gauthier's criminal history indicated he was convicted of Attempted Burglary in 1992. He was arrested in 2014 for Possession of a Weapon or Ammunition by a Convicted Felon. This charge was subsequently dropped/abandoned.

PRESENT ARREST: According to reports, Mr. Gauthier enabled his stepdaughter and a male peer to have sex by providing them locations to engage in sex and transporting them there. Mr. Gauthier is also alleged to have filmed some of the sexual encounters without the knowledge of the participants.

Re:   Eric L. Gauthier  　　　　　Page 4　　　　　　　　March 29, 2015

CURRENT MENTAL STATUS: Eric Leon Gauthier is a 53 year old Anglo male who was born on May 5, 1961 in Long Beach, California. Mr. Gauthier was cooperative throughout the evaluation. He is a very verbal individual. He was very engaged with the evaluator throughout the evaluation and appeared to be fairly open and honest. His thinking appeared abstract and rational, relevant, and goal oriented with no signs of any psychotic process. His feelings (affect) were variable and appropriate to the situation. His speech, orientation, memory, sensorium (ability to take in and process sensations), and concentration all appeared to be within normal limits. Intelligence was estimated to be within at least the above average range. Mr. Gauthier denied, and gave no evidence of, any hallucinations, delusions, or homicidal or suicidal ideation.

Mr. Gauthier denied any neurovegetative signs of depression, or history of recurrent depression or obsessive thinking. He denied a history of generalized or social anxiety and denied any difficulties with anger control.

SEXUAL HISTORY: Mr. Gauthier reported having a number of friends including two close friends. Age of first intercourse was at 12 with a 13 year old female. Mr. Gauthier estimated he has had approximately twenty-two different sexual partners in his lifetime, approximately half of these occurring within the context of an ongoing relationship. When asked why he was not in a long term, live-in relationship until the age of 39, Mr. Gauthier noted he had not found an individual he loved enough to want to marry. He stated his large number of sexual partners is because of his single lifestyle until the age of 39. Mr. Gauthier reported learning about sex from discussions with his mother and friends, attending sex education classes, and viewing pornographic magazines. When asked the purpose of sex, Mr. Gauthier stated "pleasure." Masturbatory fantasies were reported to be appropriate, generally toward past sexual experiences with his wife. He denied ever masturbating to fantasies of minors.

Re:   Eric L. Gauthier               Page 5                    March 29, 2015

Mr. Gauthier denied a history of sexual or physical abuse. He denied most past sexual behaviors which might be considered deviant or unusual. However, he did note in his mid-twenties he used prostitutes on several occasions. He also reported attending nude bars at times with clients from work. Mr. Gauthier reported he suffers from severe erectile dysfunction. Although he has been prescribed Cialis, it is not effective enough to allow him to have sexual intercourse. Mr. Gauthier noted this is a source of difficulty between he and his wife. Although he has explored alternatives with physicians, he has been told he does not appear to be a good candidate for any of these alternatives.

Mr. Gauthier acknowledged viewing pornography over the internet two or three times a week. He stated his pornography usage is restricted to heterosexual sex between adults. He denied ever searching for or viewing child pornography. He also denied ever being in chatrooms, being a member of a dating website, engaging in cybersex or using a webcam to engage in sexual behaviors. He also denied ever meeting anyone in person he has met online. Overall, Mr. Gauthier's insights into himself, why a person would do what he is charged with, or why it is wrong were fair and above that typically found in pretrial defendants.

TEST RESULTS: Mr. Gauthier was scored on the Static-99R, which is an actuarial measure of relative risk for sexual offense recidivism. Given that the Static-99R was found to fully incorporate the relationship between age at release and sexual recidivism, whereas the original Static-99 scale did not (Helmus, Thornton, Hanson, & Babchishin, 2012)[1] the developers of the Static-99 recommend that the revised version of the scale (Static-99R) replace Static-99 in all contexts where it is used. The Static-99R has shown moderate accuracy in ranking offenders according to their

---

[1] Helmus, L., Thornton, D., Hanson, R.K., & Babchishin, K.M. (2012). Improving the predictive accuracy of Static-99 and Static-2002 with older sex offenders: Revised age weights. *Sexual Abuse: A Journal of Research and Treatment, 24*(1), 64-101.

Re:   Eric L. Gauthier               Page 6                    March 29, 2015

relative risk for sexual recidivism. Furthermore, its accuracy in accessing relative risk has been consistent across a wide variety of samples, countries, and unique settings (Helmus, 2009)[2]. Mr. Gauthier received a total score of -1, which places him in the Low Category for being charged or convicted of another sexual offense.

Percentile data are from 2,011 cases from four samples of Canadian sex offenders, which were reweighted to approximate the distribution of all convicted sex offenders in Canada. These percentiles appear highly stable in international comparisons with large, relatively representative samples in Sweden and California (Hanson, Lloyd, Helmus, & Thornton, 2012).[3] Given ties (i.e., several offenders receiving the same score), there are several different ways of reporting percentiles, including the percentage scoring below, the percentage above, and a midpoint average of these values. Percentile rankings are useful in situations where the allocation of limited resources must be made, such as for treatment, community supervision, etc. Absolute degrees of recidivism risk cannot be directly inferred from the percentile rankings.

Compared to other adult male sex offenders, Mr. Gauthier's Static-99R score is in the 9.7 percentile (defined as a midpoint average). Taking into account that about 7.9 percent of sex offenders shared the same score as Mr. Gauthier, the percentile means that roughly 5.7 percent of sex offenders scored lower than Mr. Gauthier, and 86.4 percent scored higher.

Relative risk ratios refer to the ratio of two recidivism rates. Research has found the relative risk associated with different Static-99R scores to be consistent even when

---

[2]Helmus, L. (2009). *Re-norming Static-99 recidivism estimates: Exploring base rate variability across sex offender samples.* Unpublished master's thesis, Carleton University, Ottawa, Ontario, Canada.

[3]Hanson, R.K., Lloyd, C.D., Helmus, L., & Thornton, D. (2012). Developing nonarbitrary metrics for risk communication: Percentile ranks for the Static-99/R and Static-2002/R sexual offender risk tools. *International Journal of Forensic Mental Health, 11*(1), 9-23.

Re: Eric L. Gauthier            Page 7            March 29, 2015

the overall base rate of recidivism varies across samples. Risk ratios for Static-99R scores were based on eight samples of sexual offenders from Canada, the United States, the United Kingdom, Austria, and Sweden ($n = 4,037$). The analyses were based on routine (i.e., relatively unselected) correctional samples. The recidivism rate for sex offenders with the same score as Mr. Gauthier would be expected to be approximately one-third the recidivism rate of the typical sexual offender (defined as a median score of 2).

There have been a large number of studies examining the absolute sexual recidivism rates associated with Static-99 scores. Helmus (2009) combined twenty-eight Static-99 replication studies and was able to calculate Static-99R scores for twenty-three of these samples. The samples ($n = 8,139$) were drawn from Canada, the United States, United Kingdom, western Europe and New Zealand. Recidivism was defined as charges in about half of these studies and as convictions in the other half.

Although the relative risk was consistent across studies, the observed recidivism base rates varied considerably across samples based on factors not measured by the Static-99R. Samples that were preselected to be high-risk/high-needs (six samples) show the highest recidivism rates, samples preselected based on treatment need (six samples) had intermediate recidivism rates, and routine (i.e. unselected) correctional samples had recidivism rates substantially lower that the preselected groups (and also lower than the recidivism rates in the original development samples for the Static-99).

In applying the recidivism norms it is ideal to use local norms that are applicable to the group of offenders to which this offender most closely resembles. Given that these norms are not often available, the routine sample will usually reflect the most appropriate recidivism rates as they are representative of typical sex offenders in correctional systems. A description of the routine correctional samples follows:

This group consisted of eight samples of sex offenders from Canada, the United States, England, Austria and Sweden. These samples were relatively random (i.e.,

Re:   Eric L. Gauthier                Page 8                    March 29, 2015

unselected) samples from a correctional system (as opposed to samples from specific institutions or subject to specific measures). In other words, they can be considered roughly representative of all adjudicated sex offenders. Some offenders in these samples would have been subsequently screened for treatment or other special measures (e.g., psychiatric admission or exceptional measures related to dangerousness), but these samples represent the full population of all offenders prior to any preselection processes. The recidivism norms for the unselected samples are the closest available to a hypothetical average of all sex offenders.

Mr. Gauthier scored a -1 on the Static-99R. Offenders from routine correctional samples with the same score as Mr. Gauthier have been found to sexually reoffend at a rate of 2.1 percent in five years.

The Stable-2007 was developed to identify targets for treatment and supervision, and to assess change in intermediate-term risk status. Hanson and Harris (2004; Hanson et al., 2007; Harris & Hanson, 2010) developed this risk assessment instrument based on a large prospective study from Canada, as well as the states of Alaska and Iowa with a total sample size of 997 sexual offenders. The Stable-2007 consists of thirteen items and produces estimates of stable dynamic risk based upon the number of stable dynamic risk factors present in any one individual. For offenders without a child victim, there are only twelve items.

Mr. Gauthier scored 2 out of a possible 24 points on the Stable-2007. This score falls into the interpretive range considered to be a low level of stable dynamic needs. The interpretive range on the Stable-2007 can be combined with the STATIC-99R nominal risk category to provide a composite assessment of risk/needs, and to produce estimates of sexual recidivism.

Mr. Gauthier was scored as a low risk on the Stable-2007 and a low risk on the STATIC-99R. When these measures are combined, his composite assessment places him in the low priority category for supervision and intervention in comparison to

other sexual offenders assessed using these measures. Out of 100 sexual offenders with the same risk profile as Mr. Gauthier, 5 would expected to recidivate sexually over five years. Conversely, 95 out of 100 would not recidivate sexually after five years in the community.

The following need area has been identified as a clinically significant concern for Mr. Gauthier: General Social Rejection/Loneliness. This is based on Mr. Gauthier's report he does not socialize with others as he typically works seven days a week.

CONCLUSIONS: Mr. Gauthier presented with no indications of a thought disorder or acute psychopathology. Results of the present risk assessment would indicate Mr. Gauthier is a low risk of sexual recidivism. There were few markers present for Mr. Gauthier which are statistically related to an increased risk of sexual recidivism. Research also indicates individuals who are arrested for child pornography offenses recidivate at a rate of 2.3 percent. It should be noted the risk assessment instruments were scored for Mr. Gauthier's present age. As he ages, the risk of sexual recidivism decreases, approaching zero by age 70.

Research indicates individuals recidivate sexually for one of two principle reasons: deviant arousal patterns or general criminality. Neither of these were believed present for Mr. Gauthier. Mr. Gauthier has obviously led a very responsible lifestyle. He reported working seven days a week in order to provide for his family. He also indicated his business is sensitive to the economy and because of the recession in 2008, he was forced to declare bankruptcy. Despite this, Mr. Gauthier has maintained employment throughout his marriage and provided for his family. Mr. Gauthier also does not have a significant criminal history and does not have a history of substance abuse or mental health treatment. He is able to identify the lapses in judgement which led to his arrest. He also has a significant capacity for empathy, being able to describe the effects of his arrest on others, including his family.

Re:  Eric L. Gauthier             Page 10                March 29, 2015

Mr. Gauthier, because of his honesty and motivation, is an excellent candidate for treatment. Research done by the Department of Justice indicates treatment results in a significant reduction in recidivism rates.

If I can be of any further assistance, please do not hesitate to contact me.

I certify that I personally conducted and prepared this report and all conclusions reflected are those of this expert and not those of any third party; I further certify that the preparation of this evaluation was performed consistent with Chapter 490, Florida Statutes as well as with rules and regulations promulgated pursuant thereto.

Edward S. Sczechowicz, Jr., Ph.D.
PY3369
Clinical Director,
South Florida Sexual Addictions and Disorders Treatment Center